**Appeal Reinstated; Motion Granted; Appeal Dismissed; and Memorandum Opinion filed November 20, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00806-CV

---

## SAMARA PORTFOLIO MANAGMENT, LLC, LAW OFFICE OF JOSEPH ONWUTEAKA, P.C., AND JOSEPH ONWUTEAKA, INDIVIDUALLY, Appellants

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2013-35721**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 14, 2017. The appeal has been abated on the parties' motions for the parties to pursue settlement. On November 13, 2018, the parties filed a joint motion to dismiss the appeal. Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.